# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154678(26)(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 154678
                                COA: 333751
                                Kent CC:  11-002153-FH
                                                11-002154-FH
                                                11-002222-FH
                                                11-002223-FH
                                                11-002224-FH

JOSEPH MICHAEL McINTYRE,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 27, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

a0906